IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
    Barclay Watch Company,                    :        Case No. 18-20979 CMB
        Debtor                          :        Chapter 7
                          :
                          :
    Lisa M. Swope, Esquire, Trustee           :
    of the Bankruptcy Estate of               :
    Barclay Watch Company,                    :
          Movant                       :
                          :
        vs.                               :
                          :
    Internal Revenue Service,                 :
    Commonwealth of Pennsylvania              :
    Department of Labor and Industry,         :
    Commonwealth of Pennsylvania              :
    Department of Revenue,                    :
          Respondent                   :

## <u>NOTICE OF SALE</u>

To:  Respondents and all Creditors and Parties in Interest of the above named Debtor:

NOTICE IS HEREBY GIVEN THAT the Trustee has filed a Motion to Sell Personal Property Free and Divested of Liens with regard to the following property:

Certain watches, watchbands, pocket watch chains, baseball caps, golf shirts, golf balls, and bobbleheads related to the Debtor's business.

to Romek Russell, LLC for $20,000.00 according to the terms set forth in the *Motion for Sale.*

An *Order* has been issued setting deadlines for objections to the sale of property and for the date of the hearing on the sale.  ***On or before June 5, 2018,*** any objections shall be filed with the U. S. Bankruptcy Court, 5414 U. S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, with a copy served on all interested parties.  A hearing is scheduled for ***June 12, 2018 at 1:30 P.M.,*** Judge Carlota M. Böhm in the United States Bankruptcy Court, Courtroom B, 54th Floor,

U. S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, *at which time higher/better offers*

*will be considered and objections to the sale will be heard.*


Date of Notice:  May 17, 2018                    /s/ Lisa M. Swope, Esquire_____

                                                 Lisa M. Swope, Esquire
                                                 NEUGEBAUER & SWOPE, P.C.
                                                 219 South Center Street
                                                 P.O. Box 270
                                                 Ebensburg, PA 15931
                                                 (814) 472-7151
                                                 Pa. I.D. #77003
                                                 lms@nsslawfirm.com
                                                 Attorney for Trustee


Arrangements for inspection prior
to said sale hearing may be made with:

Lisa M. Swope, Esquire
NEUGEBAUER & SWOPE, P.C.
219 South Center Street
P.O. Box 270
Ebensburg, PA 15931
(814) 472-7151
Pa. I.D. #77003
lms@nsslawfirm.com